# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| LEWIS FITE, DWAYNE COLEMAN, CHARLES KIRK, DEANGELIS ASHFORD, GIL PEARSALL and CEDRIC HEMPHILL, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:09-0020 |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| COMTIDE NASHVILLE, LLC, COMTIDE S, LLC, COMTIDE CAR UNIVERSE, LLC, NISSAN OF COOL SPRINGS, LLC, VINCENT ROBERT CACCESE and MICHAEL MCLEAN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss Complaint Against Michael McLean (Docket No. 22) is **GRANTED** and defendant McLean (or McClean) is **DISMISSED** from this litigation, without prejudice. As discussed in detail in the Memorandum, the remaining defendants' Motion for Summary Judgment (Docket No. 24), which is construed as including the arguments raised in the Motion to Dismiss (Docket No. 23), is **GRANTED IN PART AND DENIED IN PART**.

It is so ordered.

Enter this 19th day of February 2010.

ALETA A. TRAUGER
United States District Judge